## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Basil A. Frye v. Thompson Steel Company, Inc., a Massachusetts Corporation | FILED: MAY 14, 2008<br>08CV2794    PH<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Basil A. Frye

| NAME (Type or print) |  |
|---|---|
| Jennifer L. Moore | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ Jennifer L. Moore | |
| FIRM | |
| MOMKUS McCLUSKEY, LLC | |
| STREET ADDRESS | |
| 3051 Oak Grove Road, Ste. 220 | |
| CITY/STATE/ZIP | |
| Downers Grove, IL 60515 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6290274 | (630) 434-0400 ext. 168 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |