### *United States District Court for the Northern District of Illinois*

Case Number: 08cv2794                  Assigned/Issued By: j. n.

Judge Name:                            Designated Magistrate Judge:

---

## FEE INFORMATION

***Amount Due:***   ☐ $350.00      ☐ $39.00      ☐ $5.00

☐ IFP          ☐ No Fee       ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

### (For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

## ISSUANCES

☑ Summons                        ☐ Alias Summons

☐ Third Party Summons            ☐ Lis Pendens

☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☐ Citation to Discover Assets           _____

(Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

<u>1</u> Original and <u>0</u> copies on <u>5-16-08</u> as to <u>thompson steel company,</u>
                                       (Date)
<u>inc.</u>

_____

C:\wpwin80\docket\feeinfo.frm      03/14/05