UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BASIL A. FRYE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08-CV-2794 |
| v. ) | |
| ) | Honorable Ruben Castillo |
| THOMPSON STEEL COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Julie C. Rising as counsel for the defendant, Thompson Steel Company, Inc.

          Respectfully submitted,

          THOMPSON STEEL COMPANY, INC.

          By its attorneys,


          */s/ Julie C. Rising*
          Julie C. Rising
          CHOATE, HALL & STEWART LLP
          Two International Place
          Boston, MA  02110
          (617) 248-5000
          jrising@choate.com

Dated:  June 18, 2008

4342889v1

## CERTIFICATE OF SERVICE

      I hereby certify under the pains and penalties of perjury that the foregoing document was served electronically via ECF and by first-class mail on June 18, 2008 upon counsel for the plaintiff, James F. McCluskey and Jennifer L. Moore, Momkus McCluskey, LLC, 3051 Oak Grove Road, Suite 220, Downers Grove, IL 60515.

                                                     */s/ Julie C. Rising*
                                                    Julie C. Rising