UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BASIL A. FRYE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THOMPSON STEEL COMPANY, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 08-CV-2794<br><br>Honorable Ruben Castillo |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, the defendant, Thompson Steel Company, Inc., hereby states that no publicly held affiliate owns more than 5% of its stock.

Respectfully submitted,

THOMPSON STEEL COMPANY, INC.

By its attorneys,

   /s/ Julie C. Rising
Julie C. Rising
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
(617) 248-5000
jrising@choate.com

Dated:  June 18, 2008

4342889v1

## CERTIFICATE OF SERVICE

      I hereby certify under the pains and penalties of perjury that the foregoing document was served electronically via ECF and by first-class mail on June 18, 2008 upon counsel for the plaintiff, James F. McCluskey and Jennifer L. Moore, Momkus McCluskey, LLC, 3051 Oak Grove Road, Suite 220, Downers Grove, IL 60515.

                                                   */s/ Julie C. Rising*
                                                   Julie C. Rising