UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BASIL A. FRYE,<br><br>        Plaintiff,<br><br>v.<br><br>THOMPSON STEEL COMPANY, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 08-CV-2794<br>)<br>) Honorable Ruben Castillo<br>)<br>)<br>)<br>) |

## JOINT STIPULATION

The parties hereby stipulate to a two-week extension for defendant to respond to the Complaint, from June 19 to July 3, 2008.

Respectfully submitted,

| BASIL A. FRYE | THOMPSON STEEL COMPANY, INC. |
|---|---|
| By his attorneys, | By its attorneys, |
|   /s/ Jennifer L. Moore |   /s/ Julie C. Rising |
| James F. McCluskey<br>Jennifer L. Moore<br>MOMKUS McCLUSKEY, LLC<br>3051 Oak Grove Drive, Suite 220<br>Downers Grove, IL 60515<br>(630) 434-0400<br>jmoore@momlaw.com | Julie C. Rising<br>CHOATE, HALL & STEWART LLP<br>Two International Place<br>Boston, MA  02110<br>(617) 248-5000<br>jrising@choate.com |

Dated:  June 18, 2008

4342895v1

## CERTIFICATE OF SERVICE

      I hereby certify under the pains and penalties of perjury that the foregoing document was served electronically via ECF and by first-class mail on June 18, 2008 upon counsel for the plaintiff, James F. McCluskey and Jennifer L. Moore, Momkus McCluskey, LLC, 3051 Oak Grove Road, Suite 220, Downers Grove, IL 60515.

                                                */s/ Julie C. Rising*
                                                Julie C. Rising