UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

BASIL A. FRYE,

        Plaintiff,

v.

THOMPSON STEEL COMPANY, INC.,

        Defendant.

_____

)
)
)
)
)  Civil Action No. 08-CV-2794
)
)  Honorable Ruben Castillo
)
)
)
)

**JOINT MOTION TO EXTEND TIME**

    Plaintiff Basil A. Frye. and Defendant Thompson Steel Company, Inc. jointly move this Court for an order extending the Defendant's deadline to answer or otherwise plead to the Complaint.

    1.    The parties are currently reviewing some relevant documents in the case which may impact the lawsuit.  In order to provide the parties with sufficient time to review the relevant documents and discuss the proper way to move forward to resolve this dispute, the parties seek to extend by two weeks the Defendant's deadline to respond to the Motion.

    2.    Accordingly, the parties respectfully request that this Court enter an order extending the Defendant's time to respond to the Complaint up to and including July 3, 2008.

Respectfully submitted,

| | |
|---|---|
| BASIL A. FRYE | THOMPSON STEEL COMPANY, INC. |
| By his attorneys, | By its attorneys, |
|   |   |
|   */s/ Jennifer L. Moore* |   */s/ Julie C. Rising* |
| James F. McCluskey | Julie C. Rising |
| Jennifer L. Moore | CHOATE, HALL & STEWART LLP |
| MOMKUS McCLUSKEY, LLC | Two International Place |
| 3051 Oak Grove Drive, Suite 220 | Boston, MA  02110 |
| Downers Grove, IL 60515 | (617) 248-5000 |
| (630) 434-0400 | jrising@choate.com |
| jmoore@momlaw.com | |

Dated:  June 20, 2008

4342895v1

## CERTIFICATE OF SERVICE

      I hereby certify under the pains and penalties of perjury that the foregoing document was served electronically via ECF and by first-class mail on June 20, 2008 upon counsel for the plaintiff, James F. McCluskey and Jennifer L. Moore, Momkus McCluskey, LLC, 3051 Oak Grove Road, Suite 220, Downers Grove, IL 60515.

                                                              /s/ Julie C. Rising
                                                               Julie C. Rising

4344145v1

4342895v1