UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

|  |  |  |
|---|---|---|
| BASIL A. FRYE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 08-CV-2794 |
| v. | ) | |
| | ) | Honorable Ruben Castillo |
| THOMPSON STEEL COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

## NOTICE OF JOINT MOTION

TO:  James F. McCluskey
Jennifer L. Moore
MOMKUS McCLUSKEY, LLC
3051 Oak Grove Drive, Suite 220
Downers Grove, IL 60515
(630) 434-0400

        Please take notice that on Tuesday, July 1, 2008 at 9:45 a.m. we will appear before the Honorable Judge Ruben Castillo in Room 2146 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60606, and present the Parties' Joint Motion to Extend Time, a copy of which is being filed contemporaneously herewith.

                        Respectfully submitted,

                        THOMPSON STEEL COMPANY, INC.

                        By its attorneys,


                        _/s/ Julie C. Rising_____
                        Julie C. Rising
                        CHOATE, HALL & STEWART LLP
                        Two International Place
                        Boston, MA  02110
                        (617) 248-5000

Dated:  June 20, 2008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify under the pains and penalties of perjury that the foregoing document was

served electronically via ECF and by first-class mail on June 20, 2008 upon counsel for the

plaintiff, James F. McCluskey and Jennifer L. Moore, Momkus McCluskey, LLC, 3051 Oak

Grove Road, Suite 220, Downers Grove, IL 60515.

 /s/ Julie C. Rising
Julie C. Rising

4344144v1