IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BASIL A. FRYE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-CV-2794 |
| ) | |
| THOMPSON STEEL COMPANY, INC., ) | Honorable Ruben Castillo |
| a Massachusetts Corporation, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOW COMES Plaintiff, BASIL A. FRYE, (hereinafter, "Plaintiff"), by and through his attorneys, MOMKUS McCLUSKEY, LLC, and for his Notice of Dismissal Without Prejudice concerning his Verified Complaint for Declaratory Judgment and Other Relief against Defendant, THOMPSON STEEL COMPANY, INC., states as follows:

    1.    On May 14, 2008, Plaintiff filed its Verified Complaint for Declaratory Judgment and Other Relief.

    2.    On June 20, 2008, Plaintiff and Defendant filed their Joint Motion to Extend Time.

    3.    As a result of the Joint Motion to Extend Time, as of the time of filing the instant Notice, Defendant has not served an answer to or otherwise responded to Plaintiff's Verified Complaint for Declaratory Judgment and Other Relief.

WHEREFORE, Plaintiff, BASIL A. FRYE, requests that this Honorable Court enter an order dismissing Plaintiff's Verified Complaint for Declaratory Judgment and Other Relief without prejudice, and for any other or further relief this Court deems just and equitable.

Respectfully Submitted,

MOMKUS McCLUSKEY, LLC

By: _____
One of its Attorneys

James F. McCluskey
Jennifer L. Moore
Lauryn E. Parks
Momkus McCluskey, LLC
3051 Oak Grove Drive, Suite 220